IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RYAN MAJORS,                         Case No. 6:12-cv-00915-MA

         Plaintiff,                ORDER ON ATTORNEY FEES

v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

         Defendant.

MARSH, Judge

     Based on the stipulation of the parties, plaintiff's Application for Fees (#33) pursuant to the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412 is GRANTED. Plaintiff is awarded $3,779.71 in attorney fees, subject to verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010). If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Alan Stuart Graf, PC, 316 Second Rd., Summertown, TN 38483.

     IT IS SO ORDERED.

     DATED this 12 day of SEPTEMBER, 2013.

                                               *Malcolm F. Marsh*
                                               Malcolm F. Marsh
                                               United States District Judge

1 - ORDER ON ATTORNEY FEES