IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RYAN MAJORS,                                    Case No. 6:12-cv-00915-MA

        Plaintiff,                          ORDER ON ATTORNEY FEES

v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

MARSH, Judge

    Based on the stipulation of the parties, plaintiff's Application for Fees (#33) pursuant to the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412 is GRANTED. Plaintiff is awarded $3,779.71 in attorney fees, subject to verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010). If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Alan Stuart Graf, PC, 316 Second Rd., Summertown, TN 38483.

    IT IS SO ORDERED.

    DATED this /2 day of SEPTEMBER, 2013.

                                                  Malcolm F. Marsh
                                                  United States District Judge

1 - ORDER ON ATTORNEY FEES